3M Innovative Properties Company, St. Paul, MN, for Amicus Curiae Intellectual Property Owners Association

Stanley Joseph Panikowski, III, DLA Piper LLP (US), San Diego, CA, for Amici Curiae Oracle Corporation, Oracle OTC Subsidiary, LLC

Joseph Guerra, Esq., Sidley Austin LLP, Washington, DC, for Amicus Curiae Apple Inc.

Paul D. Clement, Kirkland & Ellis LLP, Washington, DC, for Amicus Curiae Intel Corporation

PER CURIAM.

## ORDER

The en banc oral argument in this case is scheduled for May 4, 2017 at 10:00 a.m. in courtroom 201. Each side will have 30 minutes for a total argument time of one hour. The parties shall notify the court by ECF by April 14, 2017 of the names of counsel who will present oral argument.

JAMAICA P. SZELIGA, Seyfarth Shaw LLP, Washington, DC, argued for appellant. Also represented by NEIL C. JONES, Nelson Mullins Riley & Scarborough, LLP, Greenville, SC; JAMES ROBERTSON, J.M. Robertson, LLC, Birmingham, AL.

LYNNE A. BORCHERS, Sage Patent Group, PLLC, Raleigh, NC, argued for appellee. Also represented by PETER DANIEL SIDDOWAY.

(Dyk, O'Malley, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## TIETEX INTERNATIONAL LTD., Appellant

v.

## PRECISION FABRICS GROUP, INC., Appellee

2016-1748

United States Court of Appeals, Federal Circuit.

March 10, 2017

## NETWORK APPAREL GROUP, LP, Clarus Data, Inc., dba Korcett Holdings, Inc., KHI-TW, LLC, Plaintiffs-Appellants

v.

## AIRWAVE NETWORKS INCORPORATED, Defendant-Appellee